UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**07-23248-CIV-MORENO**

BURGER KING CORPORATION,

    Plaintiff,

vs.

JOHNSON & JOHNSON COMMODITIES, INC.,
JON D. JOHNSON, and JAMES M. JOHNSON,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court upon Notice of Voluntary Dismissal Without Prejudice **(D.E. 5)**, filed **May 14, 2008**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** without prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii). This case is closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of May, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record

CLOSED CIVIL CASE